UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 22-13** |
| **DAJANAE DRAKE** | **SECTION: "S"** |

## ORDER AND REASONS

Before the court is a letter from defendant, Dajanae Drake, that the court construes as a petition for relief under 28 U.S.C. § 2241. Rec. Doc. 69. In the letter, Drake asks that her status within the Bureau of Prisons (BOP) be changed from ineligible to eligible to earn time credits under the First Step Act. As defendant notes, because she was convicted of violating 18 U.S.C. 1591(D), a sex-trafficking of children offense, she is ineligible.

"A federal prisoner filing a § 2241 petition must first exhaust all available administrative remedies." Jones v. Garrido, No. 22-11103, 2023 WL 4763365, at *1 (5th Cir. July 26, 2023) (citation omitted). Drake has submitted nothing to indicate that she has fully exhausted administrative remedies with the BOP related to her FSA status. Accordingly, the section 2241 petition must be dismissed for failure to exhaust.

The court also observes that federal statute provides that "[a] prisoner is ineligible to receive time credits under [the First Step Act] if the prisoner is serving a sentence for a conviction under any of the following provisions of law: ... any offense under chapter 77, relating to peonage, slavery, and trafficking in persons, except for sections 1593 through 1596." 18 U.S.C. § 3632(d)(4)(D)(xxvii). Because Drake was convicted of a disqualifying offense under

chapter 77, violating 18 U.S.C. §§ 1591(d), she is statutorily prohibited from earning time credits under the First Step Act. Therefore,

**IT IS HEREBY ORDERED** that the petition under 28 U.S.C. § 2241 is **DISMISSED**.

New Orleans, Louisiana, this  30th  day of August, 2023.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE